Carlos JUAN–FRANCISCO, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 09–3371.

United States Court of Appeals, Eighth Circuit.

Submitted: April 29, 2010.

Filed: May 5, 2010.

Joseph Lopez Wilson, Omaha, NE, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Virginia Lum, Jonathan Aaron Robbins, U.S. Department of Justice, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Carlos Juan–Francisco petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. We conclude that the decision was supported by substantial evidence on the record as a whole. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781 (8th Cir.2008) (standard of review); *Zacarias–Velasquez v. Mukasey,* 509 F.3d 429, 433–34 (8th Cir.2007) (persecution must be on account of protected ground); *Mohamed v. Ashcroft,* 396 F.3d 999, 1003 (8th Cir.2005) (harm arising from general conditions such as civil war will not ordinarily support claim of persecution); *Melecio–Saquil v. Ashcroft,* 337 F.3d 983, 986–87 (8th Cir.2003) (changed country conditions in Guatemala). Accordingly, we deny the petition for review.